IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMI TAYLOR**,<br><br>      Plaintiff,<br><br>      *v.*<br><br>**THE SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY (SEPTA),**<br><br>      Defendant. | **CIVIL ACTION**<br><br>**NO. 23-2140-KSM** |

## ORDER

**AND NOW**, this 27th day of June, 2024, it is **ORDERED** as follows:

1.      Upon consideration of Plaintiff's Motion for Partial Summary Judgment (Doc. No. 18), Plaintiff's Supplemental Motion for Partial Summary Judgment (Doc. No. 24), Defendant's opposition brief (Doc. Nos. 37, 38), and Plaintiff's reply brief (Doc. No. 42), and following oral argument on June 21, 2024, it is **ORDERED** that the motion (Doc. Nos. 18, 24) is **GRANTED IN PART** and **DENIED IN PART**.  The motion is **GRANTED** as to Plaintiff's Title VII failure to accommodate claim in connection with follow-up testing during Ramadan 2023.  The remainder of the motion is **DENIED.**

2.      Upon consideration of Defendant's Motion for Summary Judgment (Doc. Nos. 28, 29), Plaintiff's opposition brief (Doc. No. 40), and Defendant's reply brief (Doc. Nos. 43, 44), and following oral argument on June 21, 2024, it is **ORDERED** that the motion (Doc. No. 28) is **GRANTED IN PART** and **DENIED IN PART**.  The motion is **DENIED** as to Plaintiff's Title VII failure to accommodate claim in connection with follow-up testing during Ramadan

2023.  The motion is **GRANTED** as to all remaining claims in the Amended Complaint and Plaintiff's request for punitive damages.

       3.      The parties shall reach out to Judge Wells's Chambers to schedule a follow-up settlement conference and inform the undersigned of the date for that conference by **June 28, 2024.**

**IT IS SO ORDERED.**

      /s/*Karen Spencer Marston*
_____
/s/Karen Spencer Marston, J.