IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEREMI TAYLOR**,<br><br>    Plaintiff,<br><br>    v.<br><br>**THE SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY (SEPTA)**,<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 23-2140-KSM** |

## ORDER

**AND NOW** this 27th day of June, 2024, upon consideration of Defendant's *Daubert* Motion to Exclude the Proposed Expert Thomas C. Econome (Doc. Nos. 25, 26), Plaintiff's opposition brief (Doc. No. 26), Plaintiff's post-hearing brief (Doc. No. 50), and following oral argument on May 29, 2024, it is **ORDERED** that for the reasons explained more fully in the accompanying Memorandum, the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motion is **GRANTED** as to the opinions contained in Econome's expert report, and Taylor is precluded from relying on those opinions as evidence.

2. The motion is **DENIED** as to the additional opinions given by Econome during his expert deposition to the extent they provide relevant background information and discuss the customs and practices in the industry prior to May 2023.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
/s/Karen Spencer Marston, J.